# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Howard Eugene Liner,

        Defendant.

**MEMORANDUM OPINION AND ORDER**
Crim. No. 03-78 ADM/AJB

---

John R. Marti, Esq., Assistant United States Attorney, Minneapolis, MN, on behalf of Plaintiff.

Howard Eugene Liner, *pro se*.

---

This matter is before the Court on Howard Eugene Liner's ("Liner") Motion to Reconsider [Docket No. 127] the denial of his Motion for a New Trial [Docket No. 122]. Liner's Motion to Reconsider essentially rehashes the same arguments raised in his Motion for a New Trial. Liner has not submitted any evidence or arguments that would cause this Court to reverse its prior decision. As already stated in the Court's July 28, 2006 Order [Docket No. 126], Liner's evidence is not newly discovered and therefore can not support a Motion for a New Trial. Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Reconsider [Docket No. 127] is **DENIED**.

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: August 21, 2006.